UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Civil Action No. 08-1690

---

In Regard to the Matter of:

                                   Opinion/Report

Bayside State Prison
Litigation

JULES ROBINSON,

       -vs-

WILLIAM H. FAUVER, et al,

       Defendants.

---

\*      \*      \*      \*

MONDAY JUNE 16, 2008

\*      \*      \*      \*

BEFORE THE HONORABLE JOHN W. BISSELL, SPECIAL MASTER

MASTROIANNI & FORMAROLI, INC.

Certified Court Reporting & Videoconferencing

251 South White Horse Pike

Audubon, New Jersey 08106

856-546-1100

1

2

3

4

5

6                        Transcript of proceedings in the above

7    matter taken by Theresa O. Mastroianni, Certified

8    Court Reporter, license number 30X100085700, and

9    Notary Public of the State of New Jersey at the

10   United States District Court House, One Gerry Plaza,

11   Camden, New Jersey, 08102, commencing at 1:56 PM.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

2

3   A P P E A R A N C E S:

4

5        LOUGHRY & LINDSAY, ESQUIRES

         BY:   LAWRENCE W. LINDSAY, ESQUIRE

6        330 MARKET STREET

         CAMDEN, NEW JERSEY 08102

7        856-968-9201

         ATTORNEYS FOR THE PLAINTIFFS

8

9

         ROSELLI & GRIEGEL, PC

10       BY:   JAMES LAZZARO, ESQUIRE

             - and -

11       BY:   KENNETH W. LOZIER, ESQUIRE

         1337 STATE HIGHWAY 33

12       HAMILTON SQUARE, NEW JERSEY   08690

         609-586-2257

13       ATTORNEYS FOR THE DEFENDANTS

14

15

16

17

18

19

20

21

22

23

24

25

1          JUDGE BISSEL:  I come now to the

2     decision in the matter of Jules Robinson, civil

3     number 07-5127.

4               This opinion/report is being issued

5     pursuant to the directives of the Order of Reference

6     to the Special Master and the Special Master's

7     Agreement and the guiding principles of law which

8     underlie this decision to be applied to the facts

9     upon which it is based as set forth in the jury

10    instructions in the Walker and Mejias jury charges to

11    the extent applicable to the allegations of Mr.

12    Robinson.

13              As finalized after review under Local

14    Civil Rule 52.1, this transcript will constitute the

15    written report required in paragraph seven of the

16    Order of Reference to a Special Master.

17              Mr. Robinson was housed on D and later

18    B Units at Bayside during the lockdown and the events

19    about which he testified.  Mr. Robinson, of course,

20    testified at length on the video hookup and his

21    testimony live was indeed consistent with his

22    numerous alleged encounters with Bayside and SOG

23    officers during the lockdown.

24              The most serious alleged injury about

25    which he testified was allegedly due to his genitals

1   being kicked, he said a kick by Officer Kaminski in

2   his cell after a court line and back in his cell in B

3   Unit.  His answers to interrogatories in D-207 spell

4   out his story and I need not recount it at length

5   here.  He said what he said.  However, I find that

6   there are certain parts of his testimony, both here

7   and in D-207, that are so inherently fantastic and

8   unbelievable that it leads me to apply and conclude

9   under the doctrine false in one false in all that Mr.

10  Robinson cannot be said to have sustained his claims

11  by any credible evidence.

12          I haven't relied solely on his

13  testimony, of course.  I realize that his cell mate,

14  Benjamin Pullin, had testimony that was relevant to

15  Mr. Robinson's case.  However, as we'll see in a

16  moment, I'm not in a position to find in favor of Mr.

17  Pullin either for some of the same reasons.

18          More particularly, Mr. Robinson's

19  testimony about the court line proceedings and the

20  events which led up to it are just not credible and

21  not feasible.  Its basically presented, once again

22  consistent with his testimony here, in the first,

23  second and third paragraphs at page two of D-207, and

24  I'm going to take a moment to read those into the

25  record so that it's perfectly clear to all what I'm

1   talking about.

2              He says, and I quote:  "On 8-1-97 a

3   sergeant came to my cell at or about 8:30 AM with a

4   charge of conduct which disrupts.  The charge states

5   I, Jules Robinson, was kicking on my cell door at

6   7:05 AM on 7-31-97, complaining about the food the

7   officers were feeding us, saying bad remarks about

8   the murdered officer.  I stated to the sergeant that

9   I was sleeping in bed.  When the door was opened, I

10  was walking with a cane and I couldn't kick anything.

11  I did not know Officer Baker so; therefore, I had

12  nothing to say about him at all.  I asked him to get

13  statements from John Maggett, my roommate, as well as

14  cell 209 and 211 to see if any noise was coming from

15  cell 210.

16              "At 8-1-97 at or about 10:30 AM or

17  12:30 PM, first shift B Unit Officer Snell and four

18  SOG officers came to remove me for Court Line.  I was

19  ordered to walk with my head down and not to look at

20  any of the officers.  As I was walking towards B Unit

21  Rec Room, one of the SOG officers got inside the

22  shower with me.  The shower door was closed and I was

23  ordered to lean on the shower door, hold on to the

24  opening of the door for handcuffing, and put my head

25  up against the door as well as my knees.  The shower

1  door was made like chicken coop fences.

2            "At this point, the officer inside the

3  door started beating my hands, my forehead, and my

4  knees with his night stick.  The officer inside the

5  shower with me was standing in a batting stance

6  behind me with a stick and said if you fall, I'm

7  going to beat you and beat you.

8            "I asked, 'why are you doing this, I

9  didn't do anything.'  The officer inside with me said

10  'You all did,' as I was screaming and crying out in

11  pain.  The officer outside the door hitting me said

12  'Shut up.  We don't hear your cries, just the cries

13  of the officer's wife and kids.'

14            "After about 15 minutes of this torture

15  the shower door was unlocked and I was ordered to

16  come out with my head down.  As I walked up the four

17  steps that bring me into B Unit Rec Room, I couldn't

18  believe my eyes.  There in the middle of B Unit Rec

19  Room was a long table.  At the table sitting was the

20  hearing officer, Lance Meehan, a Bayside Lieutenant

21  and countless Bayside and SOG officers standing

22  around the Rec Room with a blond-haired woman who I

23  now know was ombudsman Ms. Lebak, sitting in the

24  corner of the Rec Room not seven feet from where I

25  was being tortured for 15 minutes or more."

1           That testimony is just not credible for

2   any number of reasons.  First, as set forth in

3   exhibit D-222, which I have no reason to disbelieve,

4   Ms. Lebak wasn't there on that occasion.

5           Secondly, Mr. Meehan, who certainly

6   would have been in a position to hear this and who

7   testified here and who I have every reason to believe

8   was a conscientious hearing officer with regard to

9   events such as this, particularly given the

10  heightened seriousness of events during this

11  lockdown, would have no reason to lie and he believes

12  he would have heard something like that if it

13  occurred.  Certainly with the short distance involved

14  and an opening in the door, there is little doubt

15  that from a distance of seven feet with yelling and

16  screaming after being beaten, whether it's 15 minutes

17  or five minutes or three minutes, would be the sort

18  of thing that he would have heard.

19          And of course, the SOG officers were

20  knowledgeable about the layout of the premises and

21  who was present.  Whatever their inclinations may

22  have been under other circumstances, it makes

23  absolutely no sense whatsoever that they would have

24  beaten this man in that way and thereby imperiled the

25  court line hearing to which he was about to be

1    subjected.

2                    At one point also Mr. Robinson offered

3    that Mr. Meehan went outside for a smoke.  Mr. Meehan

4    testified he doesn't smoke.  Now, you may say that's

5    a small matter, maybe he might have construed that he

6    just went outside to take a break or something, but

7    it's another piece, if you will, of the puzzle that

8    indicates that Mr. Robinson is certainly fabricating,

9    at the very least, this event.

10                   Furthermore, of course, we have his

11   testimony with regard to numerous other beatings.  I

12   count a total of seven others in addition to this and

13   that probably is a conservative count.  Beginning on

14   the 31st of July allegedly and going up through

15   approximately the 14th of August, the time he said he

16   was kicked in his genitals in the cell.  They include

17   assaults in the D Unit rec room, being dragged by

18   SOGs with a stick under his throat, being punched and

19   kicked in the B Unit rec room, being kicked in the

20   back while going into a cell, the shower beating and

21   torture that I mentioned before, further punchings in

22   his cell at a later time and the assault to his

23   genitals.  One instance he accused the local housing

24   officer, Sergeant Blount, of eye gouging him.  Once

25   again, the court finds that testimony not to be

1    credible in the least.

2            Some events involved as he recounted

3    them, particularly the court line supposed torture

4    testimony is virtually impossible.  Others are highly

5    illogical.

6            While I can understand a possibility of

7    some assaultive conduct by SOG officers who are not

8    from Bayside, and eventually would be gone and

9    couldn't be identified and, indeed, I have found that

10   to be true in several cases and may well in the

11   future, the testimony of the line officers at Bayside

12   is quite telling and once again inherently logical.

13   They put themselves at substantial risk for engaging

14   in the type of conduct that Mr. Robinson would

15   attribute to them.  Particularly someone such as Mr.

16   Blount.

17           It makes no inherent sense whatsoever

18   that those officers would engage in assaultive

19   conduct knowing that within a matter of weeks the SOG

20   officers would be gone, the prisoners with whom they

21   interact every single day would still be there and

22   they would be outnumbered and unarmed in the prison

23   units under normal operating procedures.

24           Remember also that they have the

25   reminder of the death of Officer Baker.  While on the

1    one hand one might say that that would make them

2    angry and inclined to seek their own measure of

3    revenge, on the other hand, it certainly brings home

4    the fact that if for one reason or another a prisoner

5    is angered beyond rationality, something such as

6    happened to Officer Baker at the hands of Mr. Beverly

7    is very possible.  So Officer Blount, in connection

8    with the alleged incident involving him, took the

9    stand and denied it and I find that testimony to be

10   credible as well as his testimony generally.

11               Usually relatively contemporaneous

12   statements (and I'll include the interrogatory

13   answers with this that are consistent with trial

14   testimony) support the accuracy of the trial

15   testimony.  But here, I find Mr. Robinson's lengthy,

16   repeated recounting of so many incidents of

17   continuous beatings and torture with all of its

18   illogical and impossible connotations just doesn't

19   hold water.

20               .  I tried to figure out why.  And really

21   while it's not perhaps critical to the decision

22   reached here, it certainly appears that this is the

23   product of a continuing multiple and growing anger in

24   Mr. Robinson emanating from his initial lashing out

25   with regard to the food that was delivered on the

1  31st of July.  He was his own worst enemy in terms of

2  any escalations beyond that, but in most instances he

3  has fabricated these events for the purpose of

4  seeking his own retribution should he be successful

5  in this action.

6          Although not every item of evidence has

7  been discussed in this opinion/report, all evidence

8  presented to the Special Master was reviewed and

9  considered.  For the reasons set forth above I

10  recommend in this report that the district court

11  enter an order and judgment of no cause for action

12  with regard to Jules Robinson.

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              C E R T I F I C A T E

 2

 3        I, Theresa O. Mastroianni, a Notary Public and

 4   Certified Shorthand Reporter of the State of New

 5   Jersey, do hereby certify that the foregoing is a

 6   true and accurate transcript of the testimony as

 7   taken stenographically by and before me at the time,

 8   place, and on the date hereinbefore set forth.

 9        I DO FURTHER CERTIFY that I am neither a

10   relative nor employee nor attorney nor counsel of any

11   of the parties to this action, and that I am neither

12   a relative nor employee of such attorney or counsel,

13   and that I am not financially interested in the

14   action.

15

16

17

18

19   _J. O. Mastroianni_

         Theresa O. Mastroianni, C.S.R.

20       Notary Public, State of New Jersey

         My Commission Expires May 5, 2010

21       Certificate No. XI0857

         Date:   June 17, 2008

22

23

24

25
```

**A**

absolutely 8:23
accuracy 11:14
accurate 13:6
accused 9:23
action 1:2 12:5
    12:11 13:11,14
addition 9:12
Agreement 4:7
al 1:9
allegations 4:11
alleged 4:22,24
    11:8
allegedly 4:25
    9:14
anger 11:23
angered 11:5
angry 11:2
answers 5:3
    11:13
appears 11:22
applicable 4:11
applied 4:8
apply 5:8
approximately
    9:15
asked 6:12 7:8
assault 9:22
assaultive 10:7
    10:18
assaults 9:17
attorney 13:10
    13:12
ATTORNEYS
    3:7,13
attribute 10:15
Audubon 1:24
August 9:15

**B**

B 4:18 5:2 6:17
    6:20 7:17,18
    9:19
back 5:2 9:20
bad 6:7
Baker 6:11
    10:25 11:6
based 4:9
basically 5:21

batting 7:5
Bayside 1:6 4:18
    4:22 7:20,21
    10:8,11
beat 7:7,7
beaten 8:16,24
beating 7:3 9:20
beatings 9:11
    11:17
bed 6:9
Beginning 9:13
believe 7:18 8:7
believes 8:11
Benjamin 5:14
Beverly 11:6
beyond 11:5
    12:2
BISSEL 4:1
BISSELL 1:20
blond-haired
    7:22
Blount 9:24
    10:16 11:7
break 9:6
bring 7:17
brings 11:3

**C**

C 3:3 13:1,1
Camden 2:11
    3:6
cane 6:10
case 5:15
cases 10:10
cause 12:11
cell 5:2,2,13 6:3
    6:5,14,15 9:16
    9:20,22
certain 5:6
certainly 8:5,13
    9:8 11:3,22
Certificate
    13:21
Certified 1:23
    2:7 13:4
certify 13:5,9
charge 6:4,4
charges 4:10
chicken 7:1

circumstances
    8:22
civil 1:2 4:2,14
claims 5:10
clear 5:25
closed 6:22
come 4:1 7:16
coming 6:14
commencing
    2:11
Commission
    13:20
complaining 6:6
conclude 5:8
conduct 6:4 10:7
    10:14,19
connection 11:7
connotations
    11:18
conscientious
    8:8
conservative
    9:13
considered 12:9
consistent 4:21
    5:22 11:13
constitute 4:14
construed 9:5
contemporane...
    11:11
continuing
    11:23
continuous
    11:17
coop 7:1
corner 7:24
counsel 13:10,12
count 9:12,13
countless 7:21
course 4:19 5:13
    8:19 9:10
court 1:1,23 2:8
    2:10 5:2,19
    6:18 8:25 9:25
    10:3 12:10
credible 5:11,20
    8:1 10:1 11:10
cries 7:12,12
critical 11:21

crying 7:10
C.S.R 13:19

**D**

D 4:17 9:17
date 13:8,21
day 10:21
death 10:25
decision 4:2,8
    11:21
Defendants 1:10
    3:13
delivered 11:25
denied 11:9
directives 4:5
disbelieve 8:3
discussed 12:7
disrupts 6:4
distance 8:13,15
district 1:1,2
    2:10 12:10
doctrine 5:9
doing 7:8
door 6:5,9,22,23
    6:24,25 7:1,3
    7:11,15 8:14
doubt 8:14
dragged 9:17
due 4:25
D-207 5:3,7,23
D-222 8:3

**E**

E 3:3,3 13:1,1
either 5:17
emanating 11:24
employee 13:10
    13:12
encounters 4:22
enemy 12:1
engage 10:18
engaging 10:13
enter 12:11
escalations 12:2
ESQUIRE 3:5
    3:10,11
ESQUIRES 3:5
et 1:9
event 9:9
events 4:18 5:20

8:9,10 10:2
    12:3
eventually 10:8
evidence 5:11
    12:6,7
exhibit 8:3
Expires 13:20
extent 4:11
eye 9:24
eyes 7:18

**F**

F 13:1
fabricated 12:3
fabricating 9:8
fact 11:4
facts 4:8
fall 7:6
false 5:9,9
fantastic 5:7
FAUVER 1:9
favor 5:16
feasible 5:21
feeding 6:7
feet 7:24 8:15
fences 7:1
figure 11:20
finalized 4:13
financially
    13:13
find 5:5,16 11:9
    11:15
finds 9:25
first 5:22 6:17
    8:2
five 8:17
food 6:6 11:25
foregoing 13:5
forehead 7:3
FORMAROLI
    1:23
forth 4:9 8:2
    12:9 13:8
found 10:9
four 6:17 7:16
further 9:21
    13:9
Furthermore
    9:10

**future** 10:11

**G**

**generally** 11:10
**genitals** 4:25 9:16,23
**Gerry** 2:10
**given** 8:9
**going** 5:24 7:7 9:14,20
**gouging** 9:24
**GRIEGEL** 3:9
**growing** 11:23
**guiding** 4:7

**H**

**H** 1:9
**HAMILTON** 3:12
**hand** 11:1,3
**handcuffing** 6:24
**hands** 7:3 11:6
**happened** 11:6
**head** 6:19,24 7:16
**hear** 7:12 8:6
**heard** 8:12,18
**hearing** 7:20 8:8 8:25
**heightened** 8:10
**hereinbefore** 13:8
**highly** 10:4
**HIGHWAY** 3:11
**hitting** 7:11
**hold** 6:23 11:19
**home** 11:3
**HONORABLE** 1:20
**hookup** 4:20
**Horse** 1:24
**House** 2:10
**housed** 4:17
**housing** 9:23

**I**

**identified** 10:9
**illogical** 10:5

11:18
**imperiled** 8:24
**impossible** 10:4 11:18
**incident** 11:8
**incidents** 11:16
**inclinations** 8:21
**inclined** 11:2
**include** 9:16 11:12
**indicates** 9:8
**inherent** 10:17
**inherently** 5:7 10:12
**initial** 11:24
**injury** 4:24
**inside** 6:21 7:2,4 7:9
**instance** 9:23
**instances** 12:2
**instructions** 4:10
**interact** 10:21
**interested** 13:13
**interrogatories** 5:3
**interrogatory** 11:12
**involved** 8:13 10:2
**involving** 11:8
**issued** 4:4
**item** 12:6

**J**

**JAMES** 3:10
**Jersey** 1:2,24 2:9 2:11 3:6,12 13:5,20
**John** 1:20 6:13
**JUDGE** 4:1
**judgment** 12:11
**Jules** 1:7 4:2 6:5 12:12
**July** 9:14 12:1
**June** 1:15 13:21
**jury** 4:9,10

**K**

**Kaminski** 5:1

**KENNETH** 3:11
**kick** 5:1 6:10
**kicked** 5:1 9:16 9:19,19
**kicking** 6:5
**kids** 7:13
**knees** 6:25 7:4
**know** 6:11 7:23
**knowing** 10:19
**knowledgeable** 8:20

**L**

**Lance** 7:20
**lashing** 11:24
**law** 4:7
**LAWRENCE** 3:5
**layout** 8:20
**LAZZARO** 3:10
**leads** 5:8
**lean** 6:23
**Lebak** 7:23 8:4
**led** 5:20
**length** 4:20 5:4
**lengthy** 11:15
**license** 2:8
**lie** 8:11
**Lieutenant** 7:20
**LINDSAY** 3:5,5
**line** 5:2,19 6:18 8:25 10:3,11
**Litigation** 1:6
**little** 8:14
**live** 4:21
**local** 4:13 9:23
**lockdown** 4:18 4:23 8:11
**logical** 10:12
**long** 7:19
**look** 6:19
**LOUGHRY** 3:5
**LOZIER** 3:11

**M**

**Maggett** 6:13
**man** 8:24
**MARKET** 3:6
**Master** 1:20 4:6 4:16 12:8

**Master's** 4:6
**Mastroianni** 1:23 2:7 13:3 13:19
**mate** 5:13
**matter** 1:5 2:7 4:2 9:5 10:19
**measure** 11:2
**Meehan** 7:20 8:5 9:3,3
**Mejias** 4:10
**mentioned** 9:21
**middle** 7:18
**minutes** 7:14,25 8:16,17,17
**moment** 5:16,24
**MONDAY** 1:15
**multiple** 11:23
**murdered** 6:8

**N**

**N** 3:3
**need** 5:4
**neither** 13:9,11
**New** 1:2,24 2:9 2:11 3:6,12 13:4,20
**night** 7:4
**noise** 6:14
**normal** 10:23
**Notary** 2:9 13:3 13:20
**number** 2:8 4:3 8:2
**numerous** 4:22 9:11

**O**

**O** 2:7 13:3,19
**occasion** 8:4
**occurred** 8:13
**offered** 9:2
**officer** 5:1 6:8 6:11,17 7:2,4,9 7:11,20 8:8 9:24 10:25 11:6,7
**officers** 4:23 6:7 6:18,20,21 7:21 8:19 10:7

10:11,18,20
**officer's** 7:13
**ombudsman** 7:23
**once** 5:21 9:24 10:12
**opened** 6:9
**opening** 6:24 8:14
**operating** 10:23
**opinion/report** 1:5 4:4 12:7
**order** 4:5,16 12:11
**ordered** 6:19,23 7:15
**outnumbered** 10:22
**outside** 7:11 9:3 9:6

**P**

**P** 3:3,3
**page** 5:23
**pain** 7:11
**paragraph** 4:15
**paragraphs** 5:23
**particularly** 5:18 8:9 10:3 10:15
**parties** 13:11
**parts** 5:6
**PC** 3:9
**perfectly** 5:25
**piece** 9:7
**Pike** 1:24
**place** 13:8
**PLAINTIFFS** 3:7
**Plaza** 2:10
**PM** 2:11 6:17
**point** 7:2 9:2
**position** 5:16 8:6
**possibility** 10:6
**possible** 11:7
**premises** 8:20
**present** 8:21
**presented** 5:21 12:8

principles 4:7
prison 1:6 10:22
prisoner 11:4
prisoners 10:20
probably 9:13
procedures
   10:23
proceedings 2:6
   5:19
product 11:23
Public 2:9 13:3
   13:20
Pullin 5:14,17
punched 9:18
punchings 9:21
purpose 12:3
pursuant 4:5
put 6:24 10:13
puzzle 9:7

**Q**

quite 10:12
quote 6:2

**R**

R 3:3 13:1
rationality 11:5
reached 11:22
read 5:24
realize 5:13
really 11:20
reason 8:3,7,11
   11:4
reasons 5:17 8:2
   12:9
rec 6:21 7:17,18
   7:22,24 9:17
   9:19
recommend
   12:10
record 5:25
recount 5:4
recounted 10:2
recounting
   11:16
Reference 4:5
   4:16
regard 1:5 8:8
   9:11 11:25
   12:12

relative 13:10,12
relatively 11:11
relevant 5:14
relied 5:12
remarks 6:7
Remember
   10:24
reminder 10:25
remove 6:18
repeated 11:16
report 4:15
   12:10
Reporter 2:8
   13:4
Reporting 1:23
required 4:15
retribution 12:4
revenge 11:3
review 4:13
reviewed 12:8
risk 10:13
Robinson 1:7
   4:2,12,17,19
   5:10 6:5 9:2,8
   10:14 11:24
   12:12
Robinson's 5:15
   5:18 11:15
room 6:21 7:17
   7:19,22,24
   9:17,19
roommate 6:13
ROSELLI 3:9
Rule 4:14

**S**

S 3:3
saying 6:7
says 6:2
screaming 7:10
   8:16
second 5:23
Secondly 8:5
see 5:15 6:14
seek 11:2
seeking 12:4
sense 8:23 10:17
sergeant 6:3,8
   9:24

serious 4:24
seriousness 8:10
set 4:9 8:2 12:9
   13:8
seven 4:15 7:24
   8:15 9:12
shift 6:17
short 8:13
Shorthand 13:4
shower 6:22,22
   6:23,25 7:5,15
   9:20
Shut 7:12
single 10:21
sitting 7:19,23
sleeping 6:9
small 9:5
smoke 9:3,4
Snell 6:17
SOG 4:22 6:18
   6:21 7:21 8:19
   10:7,19
SOGs 9:18
solely 5:12
sort 8:17
South 1:24
Special 1:20 4:6
   4:6,16 12:8
spell 5:3
SQUARE 3:12
stance 7:5
stand 11:9
standing 7:5,21
started 7:3
State 1:6 2:9
   3:11 13:4,20
stated 6:8
statements 6:13
   11:12
states 1:1 2:10
   6:4
stenographica...
   13:7
steps 7:17
stick 7:4,6 9:18
story 5:4
STREET 3:6
subjected 9:1
substantial

10:13
successful 12:4
support 11:14
supposed 10:3
sustained 5:10

**T**

T 13:1,1
table 7:19,19
take 5:24 9:6
taken 2:7 13:7
talking 6:1
telling 10:12
terms 12:1
testified 4:19,20
   4:25 8:7 9:4
testimony 4:21
   5:6,13,14,19
   5:22 8:1 9:11
   9:25 10:4,11
   11:9,10,14,15
   13:6
Theresa 2:7 13:3
   13:19
thing 8:18
third 5:23
three 8:17
throat 9:18
time 9:15,22
   13:7
torture 7:14
   9:21 10:3
   11:17
tortured 7:25
total 9:12
transcript 2:6
   4:14 13:6
trial 11:13,14
tried 11:20
true 10:10 13:6
two 5:23
type 10:14

**U**

unarmed 10:22
unbelievable 5:8
underlie 4:8
understand 10:6
Unit 5:3 6:17,20
   7:17,18 9:17

9:19
United 1:1 2:10
units 4:18 10:23
unlocked 7:15
Usually 11:11

**V**

video 4:20
Videoconfere...
   1:23
virtually 10:4
vs 1:8

**W**

W 1:20 3:5,11
walk 6:19
walked 7:16
Walker 4:10
walking 6:10,20
wasn't 8:4
water 11:19
way 8:24
weeks 10:19
went 9:3,6
we'll 5:15
whatsoever 8:23
   10:17
White 1:24
wife 7:13
WILLIAM 1:9
woman 7:22
worst 12:1
written 4:15

**X**

XIO857 13:21

**Y**

yelling 8:15

**0**

07-5127 4:3
08-1690 1:2
08102 2:11 3:6
08106 1:24
08690 3:12

**1**

1:56 2:11
10:30 6:16

**12:30** 6:17
**1337** 3:11
**14th** 9:15
**15** 7:14,25 8:16
**16** 1:15
**17** 13:21

**2**

**2008** 1:15 13:21
**2010** 13:20
**209** 6:14
**210** 6:15
**211** 6:14
**251** 1:24

**3**

**30X100085700**
  2:8
**31st** 9:14 12:1
**33** 3:11
**330** 3:6

**5**

**5** 13:20
**52.1** 4:14

**6**

**609-586-2257**
  3:12

**7**

**7-31-97** 6:6
**7:05** 6:6

**8**

**8-1-97** 6:2,16
**8:30** 6:3
**856-546-1100**
  1:25
**856-968-9201**
  3:7